Judge Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE

| UNITED STATES OF AMERICA, | No. CR12-235MJP |
|---|---|
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| LUIS GARCIA, | |
| Defendant. | |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to Defendant Luis Garcia.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case as to this Defendant are dismissed, without prejudice. The outstanding warrant shall be quashed.

DATED this 27th day of December, 2018.

Marsha J. Pechman
United States District Judge

Presented by:
*/s/ Vincent T. Lombardi*
VINCENT T. LOMBARDI
Assistant United States Attorney

*Order of Dismissal -- 1*
*U.S. v. Luis Garcia, CR12-235MJP*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970